# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☐ Under Seal

City: 
County: Fairfax
Superseding Indictment: 
Same Defendant: 
Magistrate Judge Case No.: 
Search Warrant Case No.: 

Judge Assigned: 
Criminal No.: 
New Defendant: 
Arraignment Date: 
R. 20/R. 40 From: 

## Defendant Information:

Defendant Name: Ali Shukri Amin    Alias(es):    ☐ Juvenile   FBI No.: 
Address: 
Employment: 
Birth Date: XX-XX-XX97   SSN: XXX-XX-XXX   Sex: Male   Race:    Nationality: 
Place of Birth:    Height:    Weight:    Hair:    Eyes:    Scars/Tattoos: 
☐ Interpreter   Language/Dialect:    Auto Description: 

## Location/Status:

Arrest Date:    ☐ Already in Federal Custody as of:    in: 
☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody
☐ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested
☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

## Defense Counsel Information:

Name:    ☐ Court Appointed    Counsel Conflicts: 
Address:    ☐ Retained
Phone:    ☐ Public Defender    ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

AUSA(s): Michael P. Ben'Ary    Phone: 703-299-3729    Bar No.: 

**Complainant Agency - Address & Phone No. or Person & Title:**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §2993B | Conspiracy to provide material supp | 1 | Felony |
| Set 2: |  |  |  |  |
| Date: | 6/11/15 | AUSA Signature: *[signature]* | | *may be continued on reverse* |