IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:15-CR-164 |
| | ) | |
| ALI SHUKRI AMIN, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION
(Count 1)

THE UNITED STATES ATTORNEY CHARGES THAT:

From in or about June 2014 through on or about February 26, 2015, within the Eastern District of Virginia and elsewhere, the defendant, ALI SHUKRI AMIN, and others, known and unknown, knowingly did combine, conspire, confederate and agree together and with each other to provide material support and resources, as that term is defined in 18 U.S.C. § 2339A, specifically, personnel, service, and expert advice and assistance, to a foreign terrorist organization, namely the Islamic State in Iraq and the Levant ("ISIL"), knowing that ISIL has engaged and engages in terrorist activity, as that term is defined in 8 U.S.C. § 1182(a)(3)(B), and terrorism, as that term is defined in 22 U.S.C. § 2656f(d)(2), and was a foreign terrorist organization.

(In violation of Title 18, United States Code, Section 2339B.)

Dana J. Boente
United States Attorney

By: *[signature]*

Michael P. Ben'Ary
Assistant U.S. Attorney
Caroline H. Friedman
Special Assistant U.S. Attorney