Date: 6/11/15     Judge: Hilton     Reporter: Westfall
Time: 9:30 to 9:37     Interpreter:
    Language:
    Update Deadlines:

UNITED STATES of AMERICA     Prob. Copies:
Vs.     PTS Copies:
    AUSA Copes:

Ali Shukri Amin     1:15CR00164-001
Defendant's Name     Case Number

Joseph Flood     Michael Ben'Ary and Caroline Friedman
Counsel for Defendant     Counsel for Government

Matter called for:
( ) Motions     ( ) Setting Trial Date     ( ) Change of Plea Hrg.     ( ) Rule 35
( ) Arraignment     ( ) Appeal from USMC     ( ) Sentencing     ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.     (✓) Pre-Indictment Plea     ( ) Other:

Defendant appeared:     (✓) in person     ( ) failed to appear
    (✓) with Counsel     ( ) without counsel     ( ) through counsel

Filed in open court:
(✓) Criminal Information     (✓) Plea Agreement     (✓) Statement of Facts     (✓) Waiver of Indictment     ( ) Discovery Order

Arraignment & Plea:
( ) WFA     (✓) FA     (✓) PG     ( ) PNG     Trial by Jury:     ( ) Demanded     ( ) Waived

Defendant entered Plea of Guilty as to Count 1 of the Criminal Information     Plea Accepted (✓)
Defendant directed to USPO for PSI: (✓) Yes     ( ) No
Case continued to 08/28/2015 at 9:00 for: ( ) Jury Trial     ( ) Bench Trial     (✓) Sentencing

Bond Set at: $_____     ( ) Unsecured     ( ) Surety     ( ) Personal Recognizance
( ) Release Order Entered     (✓) Deft. Remanded     ( ) Deft. Released on Bond     ( ) Deft. Continued on Bond

Defendant is: (✓) In Custody     ( ) Summons Issued     ( ) On Bond     ( ) Warrant Issued     ( ) 1st appearance