IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 1:15-CR-164 |
| | ) |
| ALI SHUKRI AMIN, | ) |
| | ) |
| Defendant. | ) |

## **MOTION**

COMES NOW, the Defendant, Ali Amin, by counsel, and moves the honorable Court to order his previously filed "Objections and Corrections to Presentence Investigation Report", previously filed on August 10, 2015, to be removed from PACER. This pleading was inadvertently filed through the CM/ECF filing system and, pursuant to the Court's policy should not be available to the public.

                                        Respectfully submitted,
                                        Ali Shukri Amin
                                        By Counsel

_____/s/_____
Joseph T. Flood, VSB #71716
Sheldon, Flood & Haywood, PLC
10621 Jones Street, Suite 301-A
Fairfax, VA 22030
(703) 691-8410
(703) 257-0252 (fax)
jflood@sfhdefense.com

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of August, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Michael Ben'Ary
Caroline H. Friedman
Assistant United States Attorney
Justin W. Williams United States Attorney's Office 2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700
caroline.h.friedman@usdoj.gov
Michael.ben'ary@usdog.gov

_____/s/_____
Joseph T. Flood, VSB #71716
Sheldon, Flood & Haywood, PLC
10621 Jones Street, Suite 301-A
Fairfax, VA 22030
(703) 691-8410
(703) 257-0252 (fax)
jflood@sfhdefense.com