IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO. 1:15-CR-164 |
| | ) | |
| ALI SHUKRI AMIN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the Defendant's motion to remove his Objections and Corrections to Presentence Investigation Report (Doc. 9), filed on August 10, 2015, and upon consideration of that motion and this Court's policies, it is hereby

ORDERED that the defendant's motion is GRANTED and the Court Clerk is directed to remove the defendant's Objections and Corrections to Presentence Investigation Report (Doc. 9) from PACER forthwith.

_/s/ Claude M. Hilton_
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
August 12, 2015