In Allah's Name; Encompassingly Merciful, Intensely Merciful

In the UNITED STATES DISTRICT COURT of the <u>EASTERN</u> DISTRICT of <u>VIRGINIA</u>

ALI SHUKRI AMIN, Defendant proceeding pro se;

v.

The <u>UNITED STATES</u> ;
Plaintiff ts;

Cr. No. <u>1:15-cr-00164-CMH-1</u>

NOTICE of CHANGE of ADDRESS

1. ATTENTION, to the Clerk of Courts, please be advised that the plaintiff, Ali Shukri Amin, has changed his address as of <u>11</u>/<u>5</u>/2019. All further correspondence regarding this case should no longer be sent to the Federal Correctional Institution of Allenwood in Pennsylvania. Please forward all further correspondence to:

Ali Shukri Amin
2114 Carthage Drive
Woodbridge, Virginia 22191



RECEIVED MAILROOM
OCT 28 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA