IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALI SHUKRI AMIN,<br><br>Defendant. | Case No. 1:15-CR-164-CMH |

GOVERNMENT'S MOTION TO UNSEAL PETITION ON SUPERVISED RELEASE

The United States respectfully requests that the Court unseal the Petition on Supervised Release ("Petition") that the Court signed on January 9, 2023, in the above-captioned case. In the Petition, the Court directed that it be unsealed and made part of the public record when the arrest warrant has been executed. It is now respectfully requested that the Petition be unsealed because the defendant has been arrested pursuant to the arrest warrant.

Respectfully submitted,

Jessica D. Aber
United States Attorney

_____/s/_____
Thomas W. Traxler
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone (703) 299-3746
Facsimile (703) 299-3980
Email: Thomas.traxler@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of January, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

                                                    /s/
                                        Thomas W. Traxler
                                        Assistant United States Attorney