|  |  |
|---|---|
|  | TYPE OF HEARING: <u>R5(SVR)</u> |
|  | CASE NUMBER: <u>1:15-cr-164</u> |
|  | MAGISTRATE JUDGE: <u>Ivan D. Davis</u> |
|  | DATE: <u>1/12/2023</u> |
|  | TIME: <u>2:00 p.m.</u> |
| EASTERN DISTRICT OF VIRGINIA | DEPUTY CLERK: <u>Laura Guerra</u> |

UNITED STATES OF AMERICA

       VS.

<u>    Ali Shukri Amin        </u>

<u>Govt Counsel</u>:  Gavin Tisdale and Thomas W. Traxler  

<u>Deft Counsel</u>:   w/o counsel      

<u>Duty AFPD</u>:     Brooke Rupert      

<u>Interpreter</u>:         

Deft informed of rights, charges, and penalties ( )
Deft informed of rights, and violations (x)
Court to appoint counsel:( ) FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny ( )

Deft's family retaining counsel.

BOND:

Gov't is seeking detention – GRANTED. Deft remanded.

( ) Deft is remanded to the custody of the USMS due to
( ) of non-appearance ( ) safety of the community
( ) Deft reserves the right of the Courts determination as to detention based on a change of circumstances.

**NEXT COURT APPEARANCE: 1/13/2023 DH IDD**

**TIME: 2:00 p.m.**