## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:15-CR-164 |
| v. | ) | |
| | ) | The Honorable Ivan D. Davis |
| ALI SHUKRI AMIN, | ) | |
| | ) | |
| *Defendant*. | ) | |

### United States' Motion to Unseal Exhibit 6 Used in the Detention Hearing

The United States respectfully requests that the Court unseal Exhibit 6 used in the January 13, 2023 detention hearing.  At the time of the hearing, due to the size of the document, the United States had not had an opportunity to review the document in depth to identify whether it contained the identity of the subjects of law enforcement investigations or other sensitive information that should be placed under seal.  The Court permitted the United States to file Exhibit 6 under seal temporarily.  After review of Exhibit 6, the United States submits that it does not need to be placed under seal.  The defendant's counsel has had an opportunity to review Exhibit 6 and does not object to this motion.  As a result, the United States respectfully requests that Exhibit 6 to the January 13, 2023 detention hearing be unsealed.

Respectfully submitted,

Jessica Aber
United States Attorney

*/s/ Gavin R. Tisdale*

Gavin R. Tisdale
Assistant United States Attorneys
United States Attorney's Office for
the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Office:   (703) 838-2625
Email:   gavin.tisdale@usdoj.gov

1

**CERTIFICATE OF SERVICE**

I certify that on January 23, 2023, I filed electronically the foregoing with the Clerk of Court

using the CM/ECF system, which will serve all counsel of record.

_/s/ Gavin R. Tisdale_
Gavin R. Tisdale
Assistant United States Attorney
United States Attorney's Office for
the Eastern District of Virginia

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:15-CR-164 |
| v. | ) | |
| | ) | The Honorable Ivan D. Davis |
| ALI SHUKRI AMIN, | ) | |
| | ) | |
| *Defendant*. | ) | |

**ORDER TO UNSEAL EXHIBIT 6 USED IN THE DETENTION HEARING**


It is hereby ORDERED that the United States' Exhibit 6 used in the January 13, 2023 detention hearing is UNSEALED.



_____
The Honorable Ivan D. Davis
United States Magistrate Judge


Date: _____
Alexandria, VA