```
                                                                    1

              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF VIRGINIA
                  ALEXANDRIA DIVISION


UNITED STATES OF AMERICA      )
                              )
                              )
    VS.                       )   1:15-CR-164  CMH
                              )
                              )   ALEXANDRIA, VIRGINIA
                              )   JUNE 12, 2020
                              )
ALI SHUKRI AMIN               )
_____)
```

---

**TRANSCRIPT OF STATUS HEARING
BEFORE THE HONORABLE CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE**

---

**Proceedings reported by stenotype, transcript produced by Julie A. Goodwin.**

— Julie A. Goodwin, CSR, RPR

**A P P E A R A N C E S**

FOR THE PLAINTIFF:
    UNITED STATES ATTORNEY'S OFFICE
    By:  MR. MARC BIRNBAUM
    Assistant U.S. Attorney
    2100 Jamieson Avenue
    Alexandria, Virginia  22314
    703.299.3700


FOR THE DEFENDANT:
    MR. ALI SHUKRI AMIN, Pro Se


OFFICIAL U.S. COURT REPORTER:
    MS. JULIE A. GOODWIN, RPR
    United States District Court
    401 Courthouse Square
    Eighth Floor
    Alexandria, Virginia  22314

```
 1  (JUNE 12, 2023, 9:04 A.M., OPEN COURT.)
 2          THE COURTROOM DEPUTY:  Criminal Action 15-CR-164,
 3  United States of America versus Ali Shukri Amin.
 4          THE DEFENDANT:  Good morning, sir.
 5          THE COURT:  All right.  Good morning.
 6      Who's here for the government?
 7          MR. BIRNBAUM:  Your Honor, I'll stand in.  Marc
 8  Birnbaum for the United States.
 9          THE COURT:  Okay.  The probation officer has asked for
10  some computer monitoring in the case, and apparently you don't
11  agree to that?
12          THE DEFENDANT:  Well, before -- first, before I start,
13  (speaking in foreign language) in the name of the one true
14  god -- merciful -- merciful.
15          THE COURT:  Could you come to the podium, please.
16          THE DEFENDANT:  Sure.
17      My issue is not with your computer monitoring, sir.
18  But I feel that in order for me to properly articulate my side,
19  it would be probably best for me to have some kind of counsel
20  of some sort because I'm not an expert in the law.  So I do
21  have a motion that I prepared to request counsel, if I could
22  submit that to you.
23          THE COURT:  Who represented you in this case before?
24          THE DEFENDANT:  I had a privately retained attorney
25  whose name was Joseph Flood, who is no longer my acting
```

1  attorney.  He was only retained for the criminal proceedings up
2  to the conviction, the sentencing, the conviction, and I don't
3  have the financial means to hire another attorney at this time.
4          THE COURT:  I don't understand why you need an
5  attorney.  I -- everybody that I put on probation has some kind
6  of computer monitoring with their probation officer, and I'm
7  going to do that in any event.
8          Is there something in particular about what the
9  probation officer is asking for here that creates a problem for
10 you?
11         THE DEFENDANT:  Well, I actually already have computer
12 monitoring, sir.  I'm already on computer monitoring.  As far
13 as I understand, and I believe that the probation officer sees
14 it from a different perspective, it's more -- he explains that
15 he wants to specify or to make more detailed the restrictions
16 that were already in your sentencing memorandum, whereas I feel
17 like they are specific enough.  And what he's requesting is
18 actually a broadening.
19         For example, in my sentencing memorandum, in
20 addition to my term of probation, I was given the special terms
21 of financial monitoring and computer monitoring, for which so
22 far in the short term of my probation I have endeavored to try
23 to meet these -- these specifications.  My probation officer
24 would like to expand, and the way that I understand it, the
25 terms to include other things such as not having particular

1  materials, not meeting with particular individuals, so on and
2  so forth.
3        I am not sure as to whether or not those terms are
4  necessarily constitutional, and this is why I requested, or
5  which I have made the request to you to have some kind of
6  representation.  If not, then at least I would like to seek a
7  continuance to give me some time to go to a law library and to
8  attempt to do some kind of research so I can prepare a response
9  to the government's request to broaden the terms of probation.
10        THE COURT:  All right.  What's a month from today?
11        THE COURTROOM DEPUTY:  July 17th.
12        THE COURT:  July 17?
13        All right.  I'll continue this case until July 17,
14  and I will deal with it at that time.  You take a look at it
15  and present to me what you want to present.
16        THE DEFENDANT:  Sure.  Thank you, sir.
17        (PROCEEDINGS CONCLUDED AT 9:08 A.M.)
18                         -oOo-
19
20
21
22
23
24
25

1 | UNITED STATES DISTRICT COURT    )
2 | EASTERN DISTRICT OF VIRGINIA    )
3 |
4 |            I, JULIE A. GOODWIN, Official Court Reporter for
5 | the United States District Court, Eastern District of Virginia,
6 | do hereby certify that the foregoing is a correct transcript
7 | from the record of proceedings in the above matter, to the best
8 | of my ability.
9 |            I further certify that I am neither counsel for,
10 | related to, nor employed by any of the parties to the action in
11 | which this proceeding was taken, and further that I am not
12 | financially nor otherwise interested in the outcome of the
13 | action.
14 |            Certified to by me this 26TH day of JANUARY, 2023.

```
            __/s/_____
            JULIE A. GOODWIN, RPR
            Official U.S. Court Reporter
            401 Courthouse Square
            Eighth Floor
            Alexandria, Virginia  22314
```