Commonwealth of Virginia

State Board for Community Colleges

# Northern Virginia Community College

This is to certify that

## Ali Shukri Amin

is awarded the

## Associate of Science Degree

with a major in

## General Studies

Summa Cum Laude

together with all of the rights and privileges appertaining thereto:

Given at Annandale, Virginia, this thirteenth day of December, Two thousand and twenty-one.

Chair, State Board for Community Colleges

Chancellor, Virginia Community College System

Chair, College Board

College President

udemy

Certificate no: UC-15e75af7-806a-4ba5-9038-3a7155f695bf
Certificate url: ude.my/UC-15e75af7-806a-4ba5-9038-3a7155f695bf
Reference Number: 0004

CERTIFICATE OF COMPLETION

# Learn How To Code: Google's Go (golang) Programming Language

Instructors **Todd McLeod**

## Ali S Amin

Date **Aug. 18, 2022**
Length **45.5 total hours**

Blockchain Council™

# Certified Ethereum Expert™

*This is to acknowledge that*

**Ali Amin**

*has successfully completed all requirements & criteria for*

**Certified Ethereum Expert™**

*certification through examination & training*

*administered by Blockchain Council.*

Certified

Certificate ID: 49574309

Issued On: April 11, 2022

Toshendra Sharma

Executive Director, Blockchain Council




# Certified Blockchain Expert™

*This is to acknowledge that*

**Ali Amin**

*has successfully completed all requirements & criteria for*

**Certified Blockchain Expert™**

*certification through examination & training*

*administered by Blockchain Council.*

Certified

Certificate ID: 23671080

Issued On: September 26, 2020

Toshendra Sharma

Executive Director, Blockchain Council

# aws certified

## Ali Amin

has successfully completed the AWS Certification requirements and has achieved their:

## AWS Certified Solutions Architect - Associate

**Issue Date**
Nov 12, 2021

**Expiration Date**
Nov 12, 2024

AWS Training and Certification

Validation Number YBV467DBGJFQQWS5
Validate at: http://aws.amazon.com/verification




# Ali Amin

has successfully completed the AWS Certification requirements and has achieved their:

## AWS Certified Cloud Practitioner

**Issue Date**
Sep 03, 2021

**Expiration Date**
Sep 03, 2024

Maureen Lonergan
Director, Training and Certification

Validation Number N5NWCCEBGJV411GK
Validate at: http://aws.amazon.com/verification

CompTIA

# Ali Shukri Amin

has successfully completed the requirements to be recognized as

## CompTIA
## Secure Cloud Professional

CompTIA Security+ CERTIFIED · CE

CompTIA Cloud+ CERTIFIED · CE

CompTIA designations recognize achievement of multiple CompTIA certifications within an IT career focused pathway




COMP001021609298
CANDIDATE ID

June 15, 2021
CERTIFICATION DATE

TODD THIBODEAUX, PRESIDENT & CEO

CompTIA.

# Ali Shukri Amin

has successfully completed the requirements to be recognized as

## CompTIA IT Systems Support Specialist







CompTIA designations recognize achievement of multiple CompTIA certifications within an IT career-focused pathway

CompTIA CSSS Systems Support SPECIALIST

COMP001021609298
CANDIDATE ID

September 17, 2021
CERTIFICATION DATE

TODD THIBODEAUX, PRESIDENT & CEO

CompTIA.

# Ali Shukri Amin

has successfully completed the requirements to be recognized as







COMP001021609298
CANDIDATE ID

September 17, 2021
CERTIFICATION DATE

September 17, 2021
RENEWAL DATE

September 17, 2024
EXPIRATION DATE

TODD THIBODEAUX, PRESIDENT & CEO

Code: D6GY6XRP9H441H38
Verify at: http://verify.CompTIA.org

CompTIA

# Ali Shukri Amin

has successfully completed the requirements to be recognized as




CompTIA OFFICIAL GLOBAL SKILL CERTIFICATION CERTIFIED

COMP001021609298
CANDIDATE ID

June 15, 2021
CERTIFICATION DATE
*EXP DATE: 06/15/2024*

TODD THIBODEAUX, PRESIDENT & CEO

Code: CNWCKC3HTG11QVGE
Verify at: http://verify.CompTIA.org

CompTIA

# Ali Shukri Amin

has successfully completed the requirements to be recognized as







COMP001021609298

CANDIDATE ID

April 01, 2021

CERTIFICATION DATE

EXP DATE: 04/01/2024

TODD THIBODEAUX, PRESIDENT & CEO

Code: 014283MNSK1EQ89F

Verify at: http://verify.CompTIA.org

CompTIA.

# Ali Shukri Amin

has successfully completed the requirements to be recognized as







COMP001021609298
CANDIDATE ID

January 08, 2021
CERTIFICATION DATE

EXP DATE:

TODD THIBODEAUX, PRESIDENT & CEO

Code: FQM0TPVF6K44125B
Verify at: http://verify.CompTIA.org

CompTIA

# Ali Shukri Amin

has successfully completed the requirements to be recognized as







COMP001021609298
CANDIDATE ID
February 05, 2021
CERTIFICATION DATE
February 05, 2021
RENEWAL DATE
February 05, 2024
EXPIRATION DATE

TODD THIBODEAUX, PRESIDENT & CEO

Code: N70YYZDHRDV1QRK0
Verify at: http://verify.CompTIA.org

CompTIA.

# Ali Shukri Amin

has successfully completed the requirements to be recognized as







COMP001021609298
CANDIDATE ID

November 19, 2020
CERTIFICATION DATE

TODD THIBODEAUX, PRESIDENT & CEO

Code: VYF239FPQH4QQZKZ
Verify at: https://verify.CompTIA.org







This is to certify that

# Ali Shukri Amin

Has achieved the

# ITIL® Foundation Certificate in IT Service Management

Effective from **05 Sep 2022**

Expiry date **N/A**

Certificate number **GR671430288AA**

Candidate number **9980044963157145**

Mark Basham, CEO, AXELOS

Panoraia Theleriti, Certification Qualifier, PeopleCert

**ITIL 4 Edition**

Printed on 7 September 2022

This certificate remains the property of the issuing Examination Institute and shall be returned immediately upon request.

ITIL RESILIA PRINCE2 PRINCE2 AGILE AgileSHIFT MSP M_o_R P3M3 P3O MoP MoV




**Technical Support Fundamentals**

**The Bits and Bytes of Computer Networking**

**Operating Systems and You: Becoming a Power User**

**System Administration and IT Infrastructure Services**

**IT Security: Defense against the digital dark arts**



Nov 11, 2020

## ALI SHUKRI AMIN

has successfully completed the online, non-credit Professional Certificate

# Google IT Support

Whether you've been tinkering with IT or are completely new to the field, you've come to the right place. This five-course certificate, developed by Googlers, includes industry-relevant curriculum designed to prepare you for an entry-level role in IT support. Think in-person or remote help desk work, either in small shops or at a global company, like Google!

*Google*

Google

The online specialization named in this certificate may draw on material from courses taught on-campus, but the included courses are not equivalent to on-campus courses. Participation in this online specialization does not constitute enrollment at this university. This certificate does not confer a University grade, course credit or degree, and it does not verify the identity of the learner.

Verify this certificate at:
coursera.org/verify/professional-cert/DC5CCVY2SD75

VANDERBILT UNIVERSITY

COURSE CERTIFICATE

Sep 15, 2020

# Ali Shukri Amin

has successfully completed

## Introduction to Programming with MATLAB

an online non-credit course authorized by Vanderbilt University and offered through Coursera

Akos Ledeczi, Ph.D.
Professor
Computer Engineering, Computer Science, and Electrical Engineering

J Michael Fitzpatrick, PhD
Professor Emeritus
Computer Science, Computer Engineering, Electrical Engineering, Neurosurgery, and Radiology

Verify at coursera.org/verify/3EWJCLN3N4AV

Coursera has confirmed the identity of this individual and their participation in the course.

# Certificate
## Of Achievement

Presented to

**Ali Amin**

For Successful Completion of all Curriculum requirements and evaluations in both classroom and hands-on training, and is hereby granted completion of the FCI Allenwood Vocational Training Program:

## *Business Information Processing*






October 29, 2019

Date

200 Programming Hours

Instructor