January 19, 2023

Dear Ms. Carmichael,

I am Ali Amin's program mentor at Western Governors University (WGU). I writing to confirm Ali Amin's enrollment.  Ali is a full-time student in good standing.

Sincerely,

*Kimberly Furst*

Kimberly Furst

Senior Program Mentor