# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 1:15-CR-164 |
| v. ) | |
| ) | The Honorable Claude M. Hilton |
| ALI SHUKRI AMIN, ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

On March 30, 2023, the defendant appeared before the Court with Counsel, and the parties introduced evidence concerning the defendant's violations of his supervised release as alleged by the U.S. Probation Department. *See* ECF No. 43. Based on the record, the Court finds by a preponderance of the evidence that the defendant violated the terms of his supervised release by: (1) associating with a known felon, John Walker Lindh, in violation of Standard Condition 9; and (2) using an unmonitored device, his Linux Operating System, in violation of Standard Condition 3. The Court hereby **ORDERS** that:

The United States' motion to dismiss the Petition to the extent it alleges violations for contact with known extremists and possessing, viewing, accessing material that reflects extremist or terroristic views is **GRANTED**; and

The defendant is hereby **COMMITTED** to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TWENTY-FOUR (24) MONTHS**, with credit for time spent incarcerated since his January 2023 arrest; and

After the defendant's term of imprisonment, the defendant shall be subject to the same standard conditions of supervision and special conditions of supervision as contained in the defendant's original judgment, *see* ECF No. 20, for a term of **LIFE**.

The defendant is remanded to the custody of the U.S. Marshal.

**SO ORDERED**.

Date: March ____, 2023

_____
HON. CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE