Date: 3/30/2023    Judge: Hilton    Reporter: J. Egal
Time: 10:10 to 11:05

# UNITED STATES of AMERICA
## Vs.

Ali Shurki Amin                                   1:15cr164-001
Defendant's Name                                  Case Number

Jessica Carmichael and Zachary Deubler            Gavin Tisdale and Thomas Traxler
Counsel for Defendant                             Counsel for Government

Matter called for:
( ) Motions                ( ) Setting Trial Date      ( ) Change of Plea Hrg.    ( ) Rule 35
( ) Arraignment            ( ) Appeal from USMC        ( ) Sentencing             ( ) Rule 20 & Plea
(✓) Supervised Release Violation Hrg.                 ( ) Pre-Indictment Plea    ( ) Other:

Defendant appeared:        (✓) in person               ( ) failed to appear
                           (✓) with Counsel            ( ) without counsel        ( ) through counsel

Deft admits in part to violation of conditions of supervised release.

Deft submitted Exhibits A and B to the Court – Admitted.

The Court finds requirements set for supervised release were proper, and finds that the defendant has violated conditions of supervised release.

Argument on sentencing heard; Defendant Exhibit C – Admitted.

Defendant committed to the custody of the US Atty General to serve a term of 12 mos. with credit for time served. Additional lifetime supervised release term imposed with the same terms and conditions previously imposed.

Bond Set at: $          ( ) Unsecured           ( ) Surety              ( ) Personal Recognizance
( ) Release Order Entered  (✓) Deft. Remanded   ( ) Deft. Released on Bond  ( ) Deft. Continued on Bond

Defendant is: (✓) In Custody    ( ) Summons Issued    ( ) On Bond    ( ) Warrant Issued    ( ) 1st appearance