IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALI SHUKRI AMIN,<br>           *Defendant*. | Case No.: 1:15-cr-164 |

### NOTICE

PLEASE NOTE the submission of Defendant's Exhibits A, B, and C, which were previously admitted without objection at the Final Hearing regarding Defendant's Revocation of Supervised Release held on March 30, 2023.  (Dkt. 78).

                                          Respectfully Submitted,

                                          ALI SHUKRI AMIN,
                                          By Counsel

                                          _____/s/_____
                                          Zachary A. Deubler, Va. Bar #90669
                                          Carmichael Ellis & Brock, PLLC
                                          108 N. Alfred Street, 1st Floor
                                          Alexandria, VA 22314
                                          703.684.7908 (T)
                                          703.649.6360 (F)
                                          zach@carmichaellegal.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March 2023, I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

                                          _____/s/_____
                                          Zachary A. Deubler, Va. Bar #90669