IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v. )<br> )<br>ALI AMIN )<br> )<br>Defendant. ) | Case No. 1:15-cr-164 |

## ALI AMIN'S MOTION TO APPOINT CJA COUNSEL

Ali Amin, by counsel, moves to appoint the undersigned attorneys as Criminal Justice Act (CJA) counsel for his anticipated appeal and motion(s) for return of property. In support of this motion, Mr. Amin states as follows.

Mr. Amin was arrest on January 11, 2023 for alleged violations of his supervised release. He was held without bond until the Supervised Released Violation hearing on March 31, 2023 at which time he was found in violation of his conditions of supervision. The Court imposed a sentence of 12 months incarceration to be followed by a lifetime of supervision. Mr. Amin seeks to appeal this judgment. Additionally, law enforcement seized significant amounts of electronics and other items from Mr. Amin's home at the time of his arrest. Mr. Amin seeks the return of this property under Fed. R. Crim. Pro. 41(g) and via the procedures mandated in the FBI's administrative forfeiture letter sent to Mr. Amin.

Mr. Amin was represented by the undersigned retained counsel for the petition on his violation, however, Mr. Amin is indigent. He has submitted the attached CJA-23 form for the Court's review and finding of indigency.

Mr. Amin seeks continuity of counsel on his appeal and return of property matters. Attorney Carmichael is on this Court's CJA panel. Attorney Deubler is an associate attorney at her law firm. It is respectfully requested that Ms. Carmichael be appointed as CJA counsel under the standard rate of $164/hour and Mr. Deubler be authorized to assist and submit his time at the associate rate of $95/hour.

Counsel is not requesting that this be a budgeted case or to exceed the total maximum payment, but merely that Mr. Deubler be authorized to assist Ms. Carmichael on Mr. Amin's matter.[1] Authorizing Mr. Deubler to assist will save the Court resources since Mr. Deubler's billing rate is lower than the standard CJA rate. Mr. Deubler has worked as an associate on multiple CJA cases including *United States v. Kotey, et al.*, 1:20-cr-00239 (E.D.V.A 2022); *United States v. Clawson, Sr.*, 1:20-cr-00119 (E.D.V.A 2022); *United States v. Forbes, et al.*, 1:19-cr-00260 (E.D.V.A 2021) and will be supervised by Ms. Carmichael.

---

[1] Should Mr. Amin's matter ultimately involve more work than a standard case, counsel reserves the right to seek authorization to exceed the total maximum authorized amount.

For all the above reasons, Mr. Amin asks this Honorable Court to appoint the undersigned attorneys as counsel for his anticipated appeal and motion(s) for return of property.

A proposed order is attached.

                                Respectfully submitted
ALI AMIN
By Counsel
CARMICHAEL ELLIS & BROCK, PLLC
        /s/
Jessica N. Carmichael, Esq.
Virginia Bar No. 78339
Zachary A. Deubler, Esq.
Virginia Bar No. 90669
Counsel for Defendant
108 N. Alfred Street, First Floor
Alexandria, Virginia 22314
(703) 684-7908
jessica@carmichaellegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April, 2023 I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

_____/s/_____
Jessica N. Carmichael