IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:15-cr-164 |
| | ) | |
| ALI AMIN | ) | |
| | ) | |
| Defendant. | ) | |

## ALI AMIN'S NOTICE OF APPEAL

The defendant, by counsel, respectfully appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment Order entered on March 31, 2023, ECF No. 80.

                                                Respectfully submitted
                                                ALI AMIN
                                                By Counsel
                                                CARMICHAEL ELLIS & BROCK, PLLC
                                                _____/s/_____
                                                Jessica N. Carmichael, Esq.
                                                Virginia Bar No. 78339
                                                Counsel for Defendant
                                                108 N. Alfred Street, First Floor
                                                Alexandria, Virginia 22314
                                                (703) 684-7908
                                                jessica@carmichaellegal.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 11th day of April, 2023 I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

_____/s/_____
Jessica N. Carmichael