RECEIVED IN OPEN COURT

FEB - 7 2024

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:15-CR-164 |
| v. | ) | |
| | ) | The Honorable Claude M. Hilton |
| ALI SHUKRI AMIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of the United States' Motion to Modify the Defendant's Conditions of Supervised Release, and any responses thereto; and

The Court having found that a modification of the defendant's conditions of supervised release is appropriate under the factors in 18 U.S.C. §§ 3583(e)(2), 3553(a) and complaint with the conditions of 18 U.S.C. § 3583(d), and pursuant to Federal Rule of Criminal Procedure 32.1(c), it is hereby:

**ORDERED** the defendant's special condition of supervised release (ECF No. 20 at 4) are amended to include the following Special Conditions of Supervised Release:

3) *No Association with Known Terrorists.* The defendant shall not associate in person, through mail, electronic mail, internet, instant messaging, social networking, or telephone with any individual he knows to support, or have any affiliation with, any Foreign Terrorist Organization, as designated under 8 U.S.C. § 1189, or who otherwise supports the use of violence to intimidate or coerce a civilian population or a government, without the permission of the probation officer.

4) *No Possessing, Viewing, Accessing, or Using Extremist or Terroristic Materials.* The defendant shall not possess, view, access, or otherwise use material that he knows reflects extremist or terroristic views without the permission of the probation officer. Extremist or terroristic material includes videos, magazines, articles, books, pictures, or graphics produced by or in support of any Foreign Terrorist Organization, as designated under 8 U.S.C. § 1189, or that supports the use of violence to intimidate or coerce a civilian population or a government.

1

The Clerk's Office is directed to provide a copy of this order to the United States Probation Office, which will provide a copy to the defendant.

**SO ORDERED.**

Date: Feb. 7, 2024
Alexandria, VA

_Claude M. Hilton_
Hon. Claude M. Hilton
UNITED STATES DISTRICT JUDGE